UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20171-CIV-UNGARO/O'SULLIVAN

RAFAEL RODRIGUEZ and
TERESITA RODRIGUEZ,

    Plaintiffs/Counter-Defendants,

v.

CERTAIN UNDERWRITERS AT
LLOYD'S LONDON,

    Defendant/Counter-Plaintiff.
                              /

## **ORDER**

THIS MATTER is before the Court on the Defendant/Counter-Plaintiff's Motion to Compel Discovery Responses from Plaintiffs/Counter-Defendants (DE # 24, 5/6/19). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**.
> (Emphasis supplied).

Having received no response from the plaintiff/counter-defendant, and a response having been due, it is

ORDERED AND ADJUDGED that the plaintiff/counter-defendant shall file a response to the Defendant/Counter-Plaintiff's Motion to Compel Discovery Responses from Plaintiffs/Counter-Defendants (DE # 24, 5/6/19) on or before June 17, 2019. The failure to file a response may result in an Order granting the Defendant/Counter-

Plaintiff's Motion to Compel Discovery Responses from Plaintiffs/Counter-Defendants (DE # 24, 5/6/19) in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 6th day of June, 2019.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE